JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MEADORS,<br><br>      Petitioner,<br><br>      v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondent. | Case No. 2:25-cv-00592-KK-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: September 4, 2025

_____
HON. KENLY KIYA KATO
U.S. DISTRICT JUDGE